UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ALEXANDER WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 3:16-CV-238-JHM<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Transworld Systems Inc. ("TSI"), through undersigned counsel, hereby removes this action from the Jefferson County Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Western District of Kentucky. In support of this Notice of Removal, TSI states as follows:

1. Plaintiff, Alexander Wilson, originally commenced this action by filing a Complaint against TSI in the Jefferson County Circuit Court, State of Kentucky, where it is presently captioned as *Alexander Wilson v. Transworld Systems Inc.,* Case No.: 16-CI-001342. No further proceedings before the state court have occurred.

2. In the complaint, plaintiff alleges statutory causes of action against TSI. A true and correct copy of plaintiff's summons & complaint are attached hereto as <u>Exhibit A</u>.

1

3. Plaintiff accuses TSI of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and state law.

4. TSI received plaintiff's Summons and Complaint on March 25, 2016.

5. This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States. This court has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which TSI received plaintiff's complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Jefferson County Circuit Court, Commonwealth of Kentucky. *See* Exhibit B.

8. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, Defendant, Transworld Systems Inc., gives notice that this action is removed from the Jefferson County Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Western District of Kentucky.

Dated: April 25, 2016

Respectfully submitted,

*/s/ Christine A. Gilliam*
Christine A. Gilliam, Esq.
REMINGER CO., L.P.A.
730 West Main Street
Suite 300
Louisville, KY 40202
Phone: (502) 625-7296
Email: cgilliam@reminger.com
*Counsel for Defendant,*
*Transworld Systems Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on Monday, April 25, 2016, a copy of the foregoing was served electronically upon the Clerk of the Court and via Federal Express upon counsel for plaintiff at the below address:

Zachary L. Taylor, *Esq.*
900 Corporate Campus Drive
Suite 3000
Louisville, Kentucky 40223
Email: ztaylor@taylorlawcenter.com
*Attorney for Plaintiff,*
*Alexander Wilson*

By: */s/Christine A. Gilliam*
Christine A. Gilliam, Esq.
*Attorney for Defendant,*
*Transworld Systems Inc.*

\\SFNI-FS01\Prolawdocs\9266\9266-39272\Wilson, Alexander\2104543.doc