IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ALEXANDER WILSON, | } | |
| | } | |
| Plaintiff, | } | CASE NO. 3:16-cv-00238-JHM-DW |
| | } | |
| v. | } | |
| | } | |
| TRANSWORLD SYSTEMS, INC. | } | |
| | } | |
| Defendant. | } | |

## NOTICE OF SETTLEMENT

Please take notice that the parties have reached an agreement to resolve their dispute by agreement. The parties will file dismissal papers upon consummation of the settlement. The plaintiff requests a stay of all further pre-trial steps.

Respectfully submitted,

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
2815 Taylorsville Road, Suite 102
Louisville, Kentucky 40205
Phone | Fax: (502) 822-2500
ztaylor@taylorlawcenter.com

*Counsel for Alexander Wilson*

## CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy hereof will be electronically transmitted to all counsel of record on this the 19th day of December, 2016 via the Court's ECF/CM filing system.

*/s/ Zachary L. Taylor*